## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:

David C. Bauer and
Laurie A. Bauer,

               Debtors.                      BKY 05-41122

----------------------------------

Randall L. Seaver, Trustee,              ADV 05-4149

               Plaintiff,

v.                                  <u>JUDGMENT</u>

Daniel C. Bauer and
Laurie A. Bauer,

               Defendants.

_____

This proceeding came before the court, and a decision or order for judgment was

duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged: The plaintiff's complaint objecting to the

defendants' discharge is overruled.

Dated: March 8, 2006                        Lori A. Vosejpka
At:     Minneapolis, Minnesota           Clerk of Bankruptcy Court

                                 By:                               
                                        Lynn M. Hennen
                                        Deputy Clerk

NOTICE OF ELECTRONIC FILING ENTRY ORDER OR JUDGEMENT
Filed and Docket Entry Made on _____ MAR 08 2006
Lori Vosejpka, .    Clerk by: _____